# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Yash Birani,**<br>*Plaintiff,*<br>v.<br>**Marco Rubio, *et al,***<br>*Defendants,* | HON. STANLEY R. CHESLER<br>Civil Action No. 2:26-cv-08575-SRC \\<br>**VOLUNTARY DISMISSAL ORDER-CLOSED** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff through undersigned Counsel, hereby voluntarily dismisses this action without prejudice. Defendants have neither answered nor filed a motion for summary judgment.

Dated: October 26, 2026

Respectfully submitted,

*s/ Arif Gozel*
Arif Gozel, Esq.
NJ Bar #441312023
Gozel Law Firm PC
1066 Clifton Ave, Ste. 201
Clifton, NJ 07013
Telephone: 202-922-6565
agozel@gozellaw.com

*Counsel for Plaintiff*
*SO ORDERED: 10/26/2026*
***s/Stanley R. Chesler, U. S. D. J.***